No. ——

First Circuit

CANULETTE SHIPBUILDING COMPANY, INC., v. MONDAY, ET AL.

(June 26, 1926. Opinion and Decree.)

(*Syllabus by the Editor.*)

1. Louisiana Digest—Appeal—Par. 355, 361, 375.

Petition for appeal must be served not only upon the plaintiff but also upon the co-defendant of the party petitioning for the appeal. If not so made the appeal is dismissed.

Appeal from the Parish of St. Tammany. Hon. Prentiss B. Carter, Judge.

Action by Canulette Shipbuilding Company, Inc., against Wm. Monday, et al.

There was judgment for plaintiff and one defendant appealed.

Appeal dismissed.

L. V. Cooley, Jr., of Slidell, attorney for plaintiff, appellee.

Ellis & Ellis, of Rayville, attorneys for defendant, appellant.

LECHE, J. In this case there are four defendants, three of whom only have applied by petition for an appeal from the judgment rendered by the District Court. They pray for service of citation of appeal upon the plaintiff, but not upon their co-defendant. Service was made as prayed for and their co-defendant is not made a party to the appeal. Plaintiff, upon that ground, moves to dismiss.

The motion should be sustained and the appeal dismissed. (Handlin v. Dodt, 110 La. 938, 34 South. 881), and it is so ordered.